UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,          Case No. 1:12-CR-162

v.                Hon. Janet T. Neff

PEDRO GALINDO,

_____/

### ORDER OF DETENTION PENDING TRIAL

  Defendant was placed on bond pending trial on charges of conspiracy to distribute and possession with intent to distribute cocaine [21 U.S.C. § 846, 841(a)(1) and (b)(1)(A)(ii)], and possession with intent to distribute cocaine [21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii). The government filed a motion to revoke bond on March 29, 2013, and a bond violation hearing was scheduled before the Hon. Ellen S. Carmody for May 14, 2013. Defendant did not appear at his scheduled hearing, an order revoking bond was issued, and a warrant was issued for his arrest. Defendant was apprehended on September 25, 2013. The defendant waived a hearing on the issue of detention in open court this date, in the presence of his attorney.

  Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United

1

States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated:  October 4, 2013               /s/ Hugh W. Brenneman, Jr.
                                      HUGH W. BRENNEMAN, JR.
                                      United States Magistrate Judge